# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIANNE ANTCZAK**, on behalf of herself and other similarly situated persons | : CIVIL ACTION : : : |
| v. | : : |
| **TD AMERITRADE CLEARING, INC., TD AMERITRADE, INC., TD AMERITRADE INVESTMENT MANAGEMENT, LLC, ULTIMATE FINANCIAL INVESTMENTS, LLC and BRIDGET A. FERNANDEZ,** individually and professionally | : : : : : : NO. 17-4947 |

## ORDER

**NOW**, this 21st day of May, 2018, upon consideration of the TDA Defendants' Motion to Strike the Class Action Allegations and Compel Arbitration, or, in the Alternative, Dismiss the Complaint (Document No. 18), the plaintiff's response, the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** as follows:

1. The complaint is **DISMISSED WITHOUT PREJUDICE** as to TD Ameritrade, Inc., TD Ameritrade Clearing, Inc., and TD Ameritrade Investment Management, LLC, only; and

2. No later than **May 30, 2018**, the plaintiff shall file a notice of her election to dismiss or to proceed with a class action against defendants Ultimate Financial Investments, LLC, and Bridget A. Fernandez.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.