UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIANNE ANTCZAK, on behalf of herself and other similarly situated persons<br><br>Plaintiff,<br><br>vs.<br><br>TD AMERITRADE CLEARING, INC., TD AMERITRADE, INC., TD AMERITRADE INVESTMENT MANAGEMENT, LLC, ULTIMATE FINANCIAL INVESTMENTS, LLC and BRIDGET A. FERNANDEZ, individually and professionally<br><br>Defendants. | CLASS ACTION<br><br>NO. 2:17-cv-04947 (TJS)<br><br>**NOTICE** |

## NOTICE

Plaintiff hereby provides notice under local Rule 7.4 that in response to the Court's Order and Memorandum of Law issued on May 21, 2018 (docket nos. 27 and 28), Plaintiff will pursue her claims against Defendants via the arbitration program run by the Financial Industry Regulatory Authority, Inc. ("FINRA").

Dated: May 30, 2018

TASWANSEN LLC

/s/ *Theodor A. Swansen*
Theodor A. Swansen
PA bar ID No. 84712
334 Queen St., RH 1
Philadelphia, PA 19147
(215) 260-8469
swansenllc@gmail.com

## **CERTIFICATE OF SERVICE**

Theodor Swansen certifies that a true and correct copy of this Notice was served via first class mail or email on:

ULTIMATE FINANCIAL INVESTMENTS, LLC
146 W. 4th Ave., Apt. 2
Conshohocken, Pennsylvania, 19428

BRIDGET A. FERNANDEZ
P.O. BOX 284
PLYMOUTH MEETING, PA 19462

marc.sonnenfeld@morganlewis.com
elizabeth.fay@morganlewis.com
laura.mcnally@morganlewis.com

/s/ *Theodor A. Swansen*
Theodor A. Swansen
PA bar ID No. 84712

Dated: May 30, 2018